834 A.2d 486

**John Harvey BATES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellees.**

Supreme Court of Pennsylvania.

July 24, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of July, 2003, probable jurisdiction is noted and the order appealed is affirmed.